**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In re:**

**1230 SOUTH ASSOCIATES**                                          **Case No. 19-60158**
                                                                                           **Chapter 11**

      **Debtor.**

**AFFIDAVIT OF DISINTEREST OF REALTOR/BROKER  FOR DEBTOR**

I, Jon Cavendish, hereby declare:

1.  I do not have or represent any interest adverse to the above-named debtor-in-possession, the bankruptcy estate, or to the Office of the United States Trustee in regard to the matters for which employment is contemplated.

2.  I will not, without prior Court authority, provide any services to any entity in which the Debtor may have any equity interest.

3.  I am not a relative of the United States Trustee in the region in which this case is pending.

Under penalty of perjury, on this 11th day of November, 2019, I declare that all the foregoing is true and accurate.

/s/ Jon Cavendish
Jon Cavendish

**STATE OF WEST VIRGINIA,**
**COUNTY OF KANAWHA, to-wit:**

This instrument was acknowledged before me this 11th day of November, 2019, by Jon Cavendish.

My commission expires July 20, 2023.

/s/ Armenda Scarberry
NOTARY PUBLIC